United States Bankruptcy Court

Middle District of Pennsylvania

In re:     Case No. 24-00871-MJC

Carol A. Faust     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2
Date Rcvd: May 03, 2024     Form ID: ntnew341     Total Noticed: 10

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carol A. Faust, 505 Brew Street, Tamaqua, PA 18252-1512 |
| 5608976 | + | Erik M. Helbing, 109 West Broad Street, Tamaqua, PA 18252-1916 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5608977 | ^ | MEBN | May 03 2024 18:30:37 | KML Law Group, P.C., 701 Market Street Suite 5000, Philadelphia, PA 19106-1541 |
| 5608978 | + | Email/PDF: creditonebknotifications@resurgent.com | May 03 2024 18:43:06 | LVNV Funding, 6801 S. Cimarron Road, Suite 424-J, Las Vegas, NV 89113-2273 |
| 5608979 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 03 2024 18:43:06 | LVNV Funding, PO Box 1269, Greenville, SC 29602-1269 |
| 5608980 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 03 2024 18:43:06 | LVNV Funding LLC, 55 Beattie Place, Greenville, SC 29601-2165 |
| 5610192 | | Email/PDF: resurgentbknotifications@resurgent.com | May 03 2024 18:43:06 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5608982 | | Email/Text: camanagement@mtb.com | May 03 2024 18:32:00 | M&T Bank, P.O. Box 1288, Buffalo, NY 14240-1288 |
| 5608981 | | Email/Text: camanagement@mtb.com | May 03 2024 18:32:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 5608983 | + | Email/Text: MDSBankruptcies@meddatsys.com | May 03 2024 18:32:00 | Medical Data Systems, Inc., 128 W. Center Ave, 2nd Floor, Sebring, FL 33870-3103 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5609003 | *+ | Erik M. Helbing, 109 West Broad Street, Tamaqua, PA 18252-1916 |
| 5609004 | *+ | KML Law Group, P.C., 701 Market Street Suite 5000, Philadelphia, PA 19106-1541 |
| 5609005 | *+ | LVNV Funding, 6801 S. Cimarron Road, Suite 424-J, Las Vegas, NV 89113-2273 |
| 5609006 | *+ | LVNV Funding, PO Box 1269, Greenville, SC 29602-1269 |
| 5609007 | *+ | LVNV Funding LLC, 55 Beattie Place, Greenville, SC 29601-2165 |
| 5609009 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M&T Bank, P.O. Box 1288, Buffalo, NY 14240-1288 |
| 5609008 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |

5609010        \*+            Medical Data Systems, Inc., 128 W. Center Ave, 2nd Floor, Sebring, FL 33870-3103

TOTAL: 0 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2024              Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 3, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Erik Mark Helbing | on behalf of Debtor 1 Carol A. Faust ehelbing@helbingconsumerlaw.com bk@helbingconsumerlaw.com;bkecf@helbingconsumerlaw.com;helbing.erikb132500@notify.bestcase.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor M&T BANK mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

| UNITED STATES BANKRUPTCY COURT | |
|---|---|
| MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re: | |
| Carol A. Faust,<br>aka Carol Ann Faust, | Chapter 13 |
| **Debtor 1** | Case No. 5:24−bk−00871−MJC |

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 890 248 6951, Click on Join using passcode 9568534732, or call 1−267−552−4885<br><br>For additional meeting information go to https://www.justice.gov/ust/moc | Date: June 17, 2024<br><br>Time: 08:30 AM |

| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: KarenDavis, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: May 3, 2024 |

ntnew341 (09/23)