UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: CAROL A. FAUST<br>　　　　Debtor | : CHAPTER 13<br>:<br>: |
| JACK N. ZAHAROPOULOS<br>STANDING CHAPTER 13 TRUSTEE<br>　　　　Movant | :<br>:<br>:<br>: |
| CAROL A. FAUST<br>　　　　Respondent | :<br>: CASE NO. 5-24-bk-00871 |

TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

　　　　AND NOW, this 18th of June 2024, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced Debtor(s)' Plan for the following reason(s):

　　　　1. The Trustee avers that Debtor(s)' Plan is not feasible based upon the following:

　　　　　　a. The Plan is underfunded relative to claims to be paid – 100% Plan.

　　　　WHEREFORE, Trustee alleges and avers that Debtor(s) Plan cannot be confirmed, and therefore Trustee prays that this Honorable Court will:

　　　　　　a. Deny confirmation of Debtor(s) Plan.
　　　　　　b. Dismiss or convert Debtor(s) case.
　　　　　　c. Provide such other relief as is equitable and just.

　　　　　　　　　　　　　　　　Respectfully submitted:

　　　　　　　　　　　　　　　　Jack N. Zaharopoulos
　　　　　　　　　　　　　　　　Standing Chapter 13 Trustee
　　　　　　　　　　　　　　　　8125 Adams Drive, Suite A
　　　　　　　　　　　　　　　　Hummelstown, PA 17036
　　　　　　　　　　　　　　　　(717) 566-6097

　　　　　　　　　BY:　　　/s/Douglas R. Roeder
　　　　　　　　　　　　　　　　Attorney for Trustee

Case 5:24-bk-00871-MJC    Doc 26    Filed 06/18/24    Entered 06/18/24 11:49:58    Desc
Main Document    Page 1 of 2

CERTIFICATE OF SERVICE

        AND NOW, this 18th of June 2024, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

ERIK MARK HELBING
BOWE & ODORIZZI LAW
109 WEST BROAD STREET
TAMAQUA, PA    18252-1916

        /s/Tammy Life
        Office of Jack N. Zaharopoulos
        Standing Chapter 13 Trustee