United States Bankruptcy Court

Middle District of Pennsylvania

In re:     Case No. 24-00871-MJC
Carol A. Faust     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2
Date Rcvd: Jun 18, 2024     Form ID: ntcnfhrg     Total Noticed: 10

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carol A. Faust, 505 Brew Street, Tamaqua, PA 18252-1512 |
| 5608976 | + | Erik M. Helbing, 109 West Broad Street, Tamaqua, PA 18252-1916 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5608977 | ^ | MEBN | Jun 18 2024 18:39:47 | KML Law Group, P.C., 701 Market Street Suite 5000, Philadelphia, PA 19106-1541 |
| 5608978 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 18 2024 18:48:18 | LVNV Funding, 6801 S. Cimarron Road, Suite 424-J, Las Vegas, NV 89113-2273 |
| 5608979 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 18 2024 18:48:18 | LVNV Funding, PO Box 1269, Greenville, SC 29602-1269 |
| 5608980 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 18 2024 18:48:35 | LVNV Funding LLC, 55 Beattie Place, Greenville, SC 29601-2165 |
| 5610192 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 18 2024 18:48:19 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5608982 | | Email/Text: camanagement@mtb.com | Jun 18 2024 18:40:00 | M&T Bank, P.O. Box 1288, Buffalo, NY 14240-1288 |
| 5608981 | | Email/Text: camanagement@mtb.com | Jun 18 2024 18:40:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 5608983 | + | Email/Text: MDSBankruptcies@meddatsys.com | Jun 18 2024 18:40:00 | Medical Data Systems, Inc., 128 W. Center Ave, 2nd Floor, Sebring, FL 33870-3103 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5609003 | *+ | Erik M. Helbing, 109 West Broad Street, Tamaqua, PA 18252-1916 |
| 5609004 | *+ | KML Law Group, P.C., 701 Market Street Suite 5000, Philadelphia, PA 19106-1541 |
| 5609005 | *+ | LVNV Funding, 6801 S. Cimarron Road, Suite 424-J, Las Vegas, NV 89113-2273 |
| 5609006 | *+ | LVNV Funding, PO Box 1269, Greenville, SC 29602-1269 |
| 5609007 | *+ | LVNV Funding LLC, 55 Beattie Place, Greenville, SC 29601-2165 |
| 5620537 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M&T BANK, P.O. Box 840, Buffalo, NY 14240-0840 |
| 5609009 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M&T Bank, P.O. Box 1288, Buffalo, NY 14240-1288 |

| | | |
| --- | --- | --- |
| 5609008 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 5609010 | *+ | Medical Data Systems, Inc., 128 W. Center Ave, 2nd Floor, Sebring, FL 33870-3103 |

TOTAL: 0 Undeliverable, 9 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2024         Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brent J Lemon | on behalf of Creditor M&T BANK blemon@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Erik Mark Helbing | on behalf of Debtor 1 Carol A. Faust ehelbing@helbingconsumerlaw.com bk@helbingconsumerlaw.com;bkecf@helbingconsumerlaw.com;helbing.erikb132500@notify.bestcase.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Carol A. Faust,
aka Carol Ann Faust,

**Debtor 1**

Chapter 13

Case No. 5:24−bk−00871−MJC

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**July 18, 2024** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: July 25, 2024 Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Max Rosenn U.S. Courthouse 197 South Main Street Wilkes−Barre, PA 18701 (570) 831−2500 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: ChristopherGambini, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: June 18, 2024 |

ntcnfhrg (08/21)